NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                   )
                                    )
        Appellant,               )
                                    )
v.                                  )          Case No. 2D17-4581
                                    )
RENARDO WENDELL BUNDRAGE,           )
                                    )
        Appellee.                )
_____ )


Opinion filed November 20, 2019.

Appeal from the Circuit Court for
Manatee County; Hunter W. Carroll,
Judge.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellant.

Peter Lombardo of Law Office of Peter
Lombardo, Bradenton, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, KELLY, and SMITH, JJ., Concur.